**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Rebecca Livoti v. Anthony Livoti

Appellate case number:    01-22-00229-CV

Trial court case number:   114133-CV

Trial court:                  239th District Court of Brazoria County

On March 28, 2022, appellant, Rebecca Livoti, filed a notice of appeal from the trial court's February 23, 2022 "judgment or other appealable order." Generally, a notice of appeal must be filed within thirty days after the entry of judgment, or, in the case of an accelerated appeal, within twenty days after entry of the judgment. *See* TEX. R. APP. P. 26.1(a), (b).

Here, appellant's notice of appeal indicates that "[t]his is an accelerated appeal," meaning appellant's notice of appeal from the trial court's February 23, 2022 order was due on or before March 15, 2022. However, the time within which to file a notice of appeal may be enlarged if, within fifteen days after the deadline for filing the notice of appeal, the party files a notice of appeal in the trial court, and a motion for extension of time complying with Rule 10.5(b) of the Texas Rules of Appellate Procedure in the appellate court. *See* TEX. R. APP. P. 26.3. With this extension, any notice of appeal, and motion for extension of time to file a notice of appeal, was due on or before March 30, 2022.

Appellant filed her notice of appeal in the trial court on March 28, 2022. Also on March 28, 2022, appellant filed, in this Court, an "Unopposed Motion for Extension of Time" for filing the notice of appeal. Appellant's motion states that the motion is unopposed and that the "parties agreed not to oppose the[ir] respective motions to extend time [for filing a notice of appeal] . . . so [the parties] could explore settling the case prior to the appellate deadline running."

Because appellant filed her notice of appeal and motion for extension of time to file her notice of appeal within fifteen days of the deadline for filing a notice of appeal, appellant's motion for extension of time to file her notice of appeal is **granted**.

It is so ORDERED.

Judge's signature: ____/s/ April Farris_____

                ☑ Acting individually    ☐ Acting for the Court

Date: __April 14, 2022_____